

**Superior Court of the District of Columbia**
CIVIL DIVISION – Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL DIVISION
APR 25 2025
Superior Court of the District of Columbia

Case No. __2025002668__

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

Cannon, Brenda L
PLAINTIFF

vs

PSO United and LEO-PBA United fed
DEFENDANT

6709 Stanton RD
Address (No Post Office Boxes)

8004 Newilk Pl
Address (No Post Office Boxes)

Hyattsville MD 20784
City   State   Zip Code

Fort Washington MD 20744
City   State   Zip Code

253-527-3800
Telephone Number

262 743 0211
Telephone Number

BCannon6709@gmail.com
Email Address (optional)

_____
Email Address (optional)

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

See Attachement

2. What relief are you requesting from the Court? Include any request for money damages.

3. State any other information, of which the Court should be aware:

_____
_____
_____
_____
_____
_____

### SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_____
**SIGNATURE**

4/25/25
_____
**DATE**

Subscribed and sworn to before me this ____25____ day of _____ 20 ____

(Notary Public/Deputy Clerk)

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
Telephone: (202) 879-1133 Website: www.dccourts.gov

_Cannon Brandon_
Plaintiff

vs.

_United federation LEO PBA_
Defendant

Case Number: 2025002668

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Cannon Brandon_
Name of Plaintiff's Attorney

_6909 Stanton RD_
Address
_Hyattsville MD_

_253-527-3800_
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date _____

如需翻译,请电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Dể có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면,(202)879-4828로 전화주십시요.    ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]    Super. Ct. Civ. R. 4



# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
### Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                              Demandante
        contra
                                                           Número de Caso: _____
_____
                              Demandado

## CITATORIO

Al susodicho Demandado:

    Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

    A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____
Nombre del abogado del Demandante

_____
Dirección

_____

_____
Teléfono

*SECRETARIO DEL TRIBUNAL*

Por: _____
                                    Subsecretario

Fecha _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202)879-4828 로 전화주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

    Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                                                                            Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Cannon Brendan
_____ Plaintiff
        vs.

PSO United
_____ Defendant

Case Number  2025002668

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Cannon Brendan
Name of Plaintiff's Attorney

6707 Stanton RD
Address
Hyattsville MD

253 527-3800
Telephone

Clerk of the Court

By _____
        Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    (202) 879-4828
번역을 원하시면,(202)879-4828로 전화주십시오    (202) 879-4828

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                                          Super. Ct. Civ. R. 4



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                                        Demandante
           contra

_____     Número de Caso: _____
                                                        Demandado

### CITATORIO

Al susodicho Demandado:

    Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

    A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____      *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

                                                                  Por: _____
_____                                    Subsecretario
Dirección

                                                                  Fecha: _____
_____

Teléfono
如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Dê có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202)879-4828로 연락주십시요.     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

    Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                    Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

## INFORMATION SHEET

Cannon Brandon
Plaintiff(s)

vs

PSO united
Defendant(s)

Case Number: 2025002668

Date: _____

☑ One of the defendants is being sued in their official capacity.

| Name: (Please Print) | Relationship to Lawsuit |
|---|---|
| Firm Name: | ☐ Attorney for Plaintiff |
| Telephone No.:   DC Bar No.: | ☐ Self (Pro Se) |
| | ☐ Other: _____ |

TYPE OF CASE:  ☐ Non-Jury   ☐ 6 Person Jury   ☐ 12 Person Jury
Demand: $ 175,000+   Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: _____   Judge: _____   Calendar #: _____
Case No.: _____   Judge: _____   Calendar #: _____

---

NATURE OF SUIT:   (Check One Box Only)

**CONTRACT**
- ☑ Breach of Contract
- ☐ Breach of Warranty
- ☐ Condo/Homeowner Assn. Fees
- ☐ Contract Enforcement
- ☐ Negotiable Instrument

**COLLECTION/INS. SUB**
- ☐ Debt Collection
- ☐ Insurance Subrogation
- ☐ Motion/Application for Judgment by Confession
- ☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
- ☑ Breach of Contract
- ☐ Discrimination
- ☐ Wage Claim
- ☐ Whistle Blower
- ☐ Wrongful Termination

**REAL PROPERTY**
- ☐ Condo/Homeowner Assn. Foreclosure
- ☐ Declaratory Judgment
- ☐ Drug Related Nuisance Abatement
- ☐ Ejectment
- ☐ Eminent Domain
- ☐ Interpleader
- ☐ Other
- ☐ Quiet Title
- ☐ Specific Performance
- ☐ FRIENDLY SUIT
- ☐ HOUSING CODE REGULATIONS
- ☐ QUI TAM
- ☐ STRUCTURED SETTLEMENTS

**ADMINISTRATIVE PROCEEDINGS**
- ☐ Administrative Search Warrant
- ☐ App. for Entry of Jgt. Defaulted Compensation Benefits
- ☐ Enter Administrative Order as Judgment
- ☐ Libel of Information
- ☐ Master Meter
- ☐ Petition Other
- ☐ Release Mechanics Lien
- ☐ Request for Subpoena

**MALPRACTICE**
- ☐ Medical – Other
- ☐ Wrongful Death

**AGENCY APPEAL**
- ☐ Dangerous Animal Determination
- ☐ DCPS Residency Appeal
- ☐ Merit Personnel Act (OEA)
- ☐ Merit Personnel Act (OHR)
- ☐ Other Agency Appeal

☐ APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT

CV-496/February 2023

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- [ ] Currency
- [ ] Other
- [ ] Real Property
- [ ] Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- [ ] Birth Certificate Amendment
- [ ] Death Certificate Amendment
- [ ] Gender Amendment
- [ ] Name Change

**TORT**
- [ ] Abuse of Process
- [ ] Assault/Battery
- [ ] Conversion
- [ ] False Arrest/Malicious Prosecution
- [ ] Libel/Slander/Defamation
- [ ] Personal Injury
- [ ] Toxic Mass
- [ ] Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- [ ] Accounting
- [ ] Deceit (Misrepresentation)
- [ ] Fraud
- [ ] Invasion of Privacy
- [ ] Lead Paint
- [ ] Legal Malpractice
- [ ] Motion/Application Regarding Arbitration Award
- [ ] Other - General Civil
- [ ] Product Liability
- [ ] Request for Liquidation
- [ ] Writ of Replevin
- [ ] Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- [ ] Asbestos

**MORTGAGE FORECLOSURE**
- [ ] Non-Residential
- [ ] Residential

**STATUTORY CLAIM**
- [ ] Anti – SLAPP
- [ ] Consumer Protection Act
- [ ] Exploitation of Vulnerable Adult
- [ ] Freedom of Information Act (FOIA)
- [ ] Other

**TAX SALE FORECLOSURE**
- [ ] Tax Sale Annual
- [ ] Tax Sale Bid Off

**VEHICLE**
- [ ] Personal Injury
- [ ] Property Damage

- [ ] TRAFFIC ADJUDICATION APPEAL
- [ ] REQUEST FOR FOREIGN JUDGMENT

_____  
Filer/Attorney's Signature

4/25/25  
Date

CV-496/February 2023

# ADDENDUM TO COMPLAINT

CASE NO. 2025002668

## ADDITIONAL PARTY NAMES AND ADDRESSES

☐ PLAINTIF  ☐ DEFENDANT
Cannon Brandon
Address (No Post Office Boxes)
6409 Stanton RD
City    State    Zip
Hyattsville  MD   20784
Telephone Number
253-527-3800
Email Address (Optional)

☐ PLAINTIFF  ☐ DEFENDANT
United Federation Leos-PBA
Address (No Post Office Boxes)
1717 Pennsylvania AVE NW 10th fl
City    State    Zip
Washington  DC  20006
Telephone Number
202 595 3510
Email Address (Optional)

☐ PLAINTIF  ☐ DEFENDANT
Address (No Post Office Boxes)
City    State    Zip
Telephone Number
Email Address (Optional)

☐ PLAINTIFF  ☐ DEFENDANT
Address (No Post Office Boxes)
City    State    Zip
Telephone Number
Email Address (Optional)

## ADDENDUM TO COMPLAINT

CASE NO. _____

### ADDITIONAL PARTY NAMES AND ADDRESSES

☐ PLAINTIF    ☐ DEFENDANT

Address (No Post Office Boxes)

City    State    Zip

Telephone Number

Email Address (Optional)

☐ PLAINTIFF    ☐ DEFENDANT

Address (No Post Office Boxes)

City    State    Zip

Telephone Number

Email Address (Optional)

☐ PLAINTIF    ☐ DEFENDANT

Address (No Post Office Boxes)

City    State    Zip

Telephone Number

Email Address (Optional)

☐ PLAINTIFF    ☐ DEFENDANT

Address (No Post Office Boxes)

City    State    Zip

Telephone Number

Email Address (Optional)

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division

Brandon Cannon
Plaintiff
v.
[Union Name – PSO United and LEOS-PBA, Local Representative Entity Name]
Defendant

Civil Action No.: [To Be Assigned]

## COMPLAINT FOR DAMAGES

(Breach of Duty of Fair Representation, Negligence, and Emotional Distress)

Plaintiff Brandon Cannon, by and through his undersigned counsel, respectfully submits this Complaint against the above-named Union entity and states as follows:

### PARTIES

1. Plaintiff, Brandon Cannon, is a Protective Security Officer (PSO) formerly assigned to FEMA Headquarters under federal contract and is a dues-paying union member of PSO United, also represented by LEOS-PBA or an affiliated union body.

2. Defendant is a labor organization responsible for the representation, protection, and enforcement of the rights of its members, including the Plaintiff.

### JURISDICTION AND VENUE

3. Jurisdiction is proper under D.C. Code § 11–921 and applicable federal labor statutes. Venue is proper as the Defendant conducts operations and represents members within the District of Columbia.

### FACTUAL ALLEGATIONS

4. Plaintiff was an active and contributing member of the union while serving under the FPS contract.

5. After being placed on administrative hold due to an FPS investigation, Plaintiff maintained status on the contract and later received clearance to return.

6. The union failed to intervene, advocate, or initiate grievance procedures when Plaintiff was excluded from reinstatement by Allied Universal.

7. Plaintiff repeatedly contacted union representatives, provided documentation, and requested formal assistance—including reinstatement, preservation of seniority, and a defense against wrongful exclusion.

8. The union failed to act in a timely, good-faith, or competent manner, thereby breaching its duty of fair representation.

9. As a result, Plaintiff suffered job loss, denial of federal opportunities, child support accumulation, and emotional harm due to abandonment by the union.

## CAUSES OF ACTION

### Count I – Breach of Duty of Fair Representation

10. Defendant owed Plaintiff a fiduciary duty to represent him fairly, diligently, and without discrimination under federal labor law.

11. Defendant failed to pursue Plaintiff's grievance, failed to engage with Allied Universal, and failed to protect Plaintiff's job security and benefits.

### Count II – Negligence

12. Defendant had a professional and contractual obligation to perform representational duties with reasonable care and competence.

13. Defendant's failure to act or to intervene in clear-cut employment exclusion constitutes gross negligence and professional abandonment.

### Count III – Emotional Distress

14. Defendant's abandonment during a critical employment and legal period caused prolonged stress, depression, and loss of trust in the union representation system.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court enter judgment in his favor and against Defendant as follows:

- Compensatory damages of $75,000 for loss of income and employment rights

- General damages of $50,000 for emotional distress and union abandonment

- Punitive damages of $50,000 for reckless disregard of union duties

- Costs, interest, and any other relief the Court deems appropriate

## JURY DEMAND

Plaintiff demands a trial by jury on all triable issues.

Respectfully submitted,
Brandon Cannon
6709 Stanton Rd
Hyattsville, MD 20784
Phone: (253) 527-3800
Email: gogetme664@gmail.com

## LEGAL CLARIFICATION ON EMPLOYER LIABILITY IN UNIONIZED ENVIRONMENTS

Attached as Supplement to the Complaint of Brandon Cannon v. Allied Universal Security Services, Inc.

1. The presence of a labor union does not shield an employer from civil liability for unlawful conduct. Federal and state law expressly preserve a worker's right to pursue legal remedies where rights have been violated.

2. In this case, Allied Universal Security Services, Inc., formerly American Security Programs, Inc., cannot invoke union status as a defense against Plaintiff's claims of negligence, wrongful exclusion from employment, and constitutional violations.

3. The Labor Management Relations Act (LMRA), 29 U.S.C. § 185, permits employees to bring lawsuits against both the employer and the union in what is known as a hybrid §301/fair representation claim. Plaintiff reserves the right to pursue such a claim if the union fails in its duty of fair representation.

4. The Collective Bargaining Agreement (CBA), if one exists between Allied Universal and the Plaintiff's union, does not preempt claims arising from violations of federal labor regulations, constitutional rights, and tortious conduct. Legal precedent confirms that CBAs cannot override constitutional protections or shield employers from tort liability.

5. Plaintiff's claims include violations of the Service Contract Act, the Fair Labor Standards Act, Executive Order 11246, and the U.S. Constitution's Due Process and Equal Protection Clauses—none of which can be nullified or waived by a union contract.

6. Furthermore, federal contractors operating under FPS (Federal Protective Services) oversight remain individually accountable to the Department of Homeland Security and federal labor regulations, including mandatory suitability and contractor continuity rules.

7. The Plaintiff's exclusion from reemployment was not subject to a neutral arbitration, hearing, or review—constituting a breach of due process that falls outside the protective scope of any union-related defense.

Accordingly, the Defendant remains fully subject to civil suit under tort and labor law, irrespective of union involvement. The union's presence neither excuses nor insulates the employer from accountability.